NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| REGINALD BELL,<br><br>  Plaintiff,<br><br>v.<br><br>GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS *et al.*,<br><br>  Defendants. | Civ. No. 18-24<br><br>**ORDER** |

THOMPSON, U.S.D.J.[1]

For the reasons stated in this Court's Opinion on this same day,

IT IS, on this 11th day of September, 2020,

ORDERED that the U.S. Magistrate Judge's Report and Recommendation (ECF No. 5) is ADOPTED; and it is further

ORDERED that Plaintiff Reginald Bell's claims against Defendant Jamilla Russell are DISMISSED WITH PREJUDICE to the extent that they are brought against Defendant Jamilla Russell in her individual capacity; and it is further

ORDERED that Counts 2–4 of the Complaint (Compl. at 2, ECF No. 1)[2] are DISMISSED; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this Order and the Court's

---

[1] The Honorable Anne E. Thompson, United States District Judge for the District of New Jersey, sitting by designation.
[2] The page numbers to which the Court refers are the CM/ECF page numbers.

1

accompanying Opinion upon Plaintiff Reginald Bell by certified mail, return receipt requested.

*/s/ Anne E. Thompson*
ANNE E. THOMPSON, U.S.D.J.